# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

**TRACZJUBRUTKAIS WALQUER,**

    Plaintiff,

vs.

**Federal Case No.:**

**Broward County Circuit Court**
**Case No.: 17-001255-CACE 14**

**BELFOR USA GROUP, INC. d/b/a**
**BELFOR PROPERTY RESTORATION,**

    Defendant.

_____/

## NOTICE OF REMOVAL

Defendant Belfor USA Group, Inc. d/b/a Belfor Property Restoration ("Belfor" or "Defendant"), pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, gives notice of the removal of this civil action from the Circuit Court for the Seventeenth Judicial Circuit, in and for Broward County, Florida, to the United States District Court of the Southern District of Florida, and states the following in support thereof:

1.    On or about January 16, 2017, Plaintiff Traczjubrutkais Walquer filed a Complaint in the Circuit Court for the Seventeenth Judicial Circuit, in and for Broward County, Florida, Case No. 17-001255-CACE 14, against Defendant. As of the date this Notice of Removal was filed, the action remains pending in state court.

2.    Plaintiff served a copy of the summons and complaint on Belfor on or about January 25, 2017, therefore, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b)(1).

3.    Pursuant to 28 U.S.C. § 1446(a), a copy of the Civil Cover Sheet is included herewith as **"Exhibit A."** A copy of the Summons and the Complaint is included herewith as **"Composite Exhibit B."** The documents which comprise Composite Exhibit B constitute all process, pleadings and orders filed in the state court action to date.

1

4. The Complaint sets forth a claim for unpaid overtime and/or regular compensation under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. Therefore, this Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331. As provided under 28 U.S.C. § 1441(b), the district courts have removal jurisdiction over "[a]ny civil action of which the district courts have original jurisdiction under the Constitution, treaties or laws of the United States."

5. Defendants will file a Notice of Filing Notice of Removal with the Clerk of the Circuit Court for the Seventeenth Judicial Circuit, in and for Broward County, Florida. Defendant attaches a copy of the Notice of Filing of Notice of Removal (excluding its attachments) as "**Exhibit C.**"

6. There are no motions pending at the time of this removal.

WHEREFORE, pursuant to 28 U.S.C. §§ 1441 and in conformity with the requirements set forth in 28 U.S.C. § 1446, Defendants respectfully requests that the aforesaid action be removed from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, and that this Court assume full and complete jurisdiction thereof.

Dated: February 24, 2017           Respectfully submitted,

                                  **BAKER, DONELSON, BEARMAN,**
                                  **CALDWELL & BERKOWITZ, PC**

                                  By: */s/ Sharee D. Eriks*
                                  DENA H. SOKOLOW
                                  Florida Bar No. 0030856
                                  SHAREE D. ERIKS
                                  Florida Bar No. 114071
                                  E-mail: dsokolow@bakerdonelson.com
                                  E-mail: seriks@bakerdonelson.com
                                  Secondary: asberry@bakerdoenelson.com
                                  101 N. Monroe Street, Suite 925
                                  Tallahassee, Florida 32301
                                  Telephone: (850) 425-7500
                                  Facsimile: (850) 270-6723
                                  *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 24, 2017, I filed the foregoing **NOTICE OF REMOVAL** with the Southern District Clerk of Court by using the CM/ECF system which will electronically serve a copy on the following and by e-mail service:

Scott M. Behren
BEHREN LAW FIRM
2893 Executive Park Drive, Suite 110
Palm Harbor, FL 34683
Scott@behrenlaw.com


                                  */s/ Sharee D. Eriks*
                                  Attorney

4839-2134-9955 v1
2900508-000230 02/24/2017